ACCEPTED
06-17-00165-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/5/2017 12:12 PM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-17-00165-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/5/2017 12:12:38 PM
DEBBIE AUTREY
Clerk

DYWANE JERMAIN MORGAN., Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE WES TIDWELL;
TRIAL COURT NO. CR02253
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF
_____

Val J. Varley, County and District Attorney
Red River County and District Attorney's Office
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas      75426-4012
(903) 427-2009
(903) 427-5316 (Fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-17-00165-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

DYWANE JERMAIN MORGAN., Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
RED RIVER COUNTY, TEXAS; HONORABLE WES TIDWELL;
TRIAL COURT NO. CR02253
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF
_____

TO THE HONORABLE SIXTH COURT OF APPEALS AT TEXARKANA:

COMES NOW, the State of Texas, by and through the elected County and District Attorney, Val J. Varley, and the Red River County and District Attorney's office ("the State"), respectfully submits this Motion to Extend Time to File the Appellee's (State's) Brief under Rules 10 and 38 of the Texas Rules of Appellate Procedure. The State moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which

to the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about November 3, 2017, the appellant, Dwyane Jermain Morgan filed his brief in the above-styled and numbered appellate cause.

As the appellee, the State's Brief is currently due on or before December 4, 2017. The State seeks another one (1) day in which to file its brief.

## II.

This is an appeal from a final judgment of conviction in the 6th Judicial District Court of Red River County, Texas. The District Court cause number was CR02253.

## III.

The present deadline for filing the Appellee's (State's) Brief is Monday, December 4, 2017. This is the State's first motion for an extension of time to file its brief.

## V.

For good cause, the appellee (the State) seeks an additional one (1) day in which to file its brief. All internet systems in the Red River County Courthouse were out of service December 4, 2017, therefore the Appellee (State) was unable to e-file it's brief in a timing manner.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to the Court's motion docket, this Court grant the Appellee's (State's) Motion to Extend Time to File Brief in its entirety and grant an additional one (1) days in which to file its Brief on or before December 5, 2017; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Val J. Varley, County and District Attorney
Red River County and District Attorney's Office
Red River County Courthouse
400 North Walnut Street
Clarksville, Texas     75426-4012
(903) 427-2009
(903) 427-5316 (Fax)
valvarley@valornet.com


By: /s/Val Varley
         Val J. Varley
         SBN # 20496580

**ATTORNEYS FOR THE STATE OF TEXAS**

**VERIFICATION**

THE STATE OF TEXAS          §
                            §
COUNTY OF RED RIVER          §

BEFORE ME, the undersigned authority, on this day personally appeared Val J. Varley, who after being duly sworn stated:

I am the attorney representing the Appellee (The State of Texas) in the above-styled and numbered appellate cause.  I have read the foregoing Appellee's (State's) Motion to Extend Time to File Brief and the facts and allegations contained are known to me and they are true and correct to the best of my personal knowledge.  The signatures herein were made with my express permission.

/s/Val Varley
Val J. Varley

## CERTIFICATE OF SERVICE

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 5th day of December, 2017 upon the following:

Troy Hornsby
Miller, James, Miller & Hornsby, L.L.P.
1725 Galleria Oaks Drive
Texarkana, Texas 75503
Troy.hornsby@gmail.com
903.794.2711, f. 903.792.1276


/s/Val Varley
Val J. Varley
valvarley@varlornet.com